IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC SMITH, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 24-CV-2520 |
| | : | |
| WELLPATH, *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 28th day of May, 2026, upon consideration of the Motion to Dismiss of Defendants, Wellpath LLC, Dr. Annino, Dr. Letizio, and PA Kaminsky (ECF No. 41) and Plaintiff Eric Smith's Response thereto (ECF No. 47), and for the reasons given in the Court's accompanying Memorandum, it is **ORDERED** that:

1. Defendants' Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

   a. The claims against Wellpath, Dr. Letizio, Dr. Annino, and PA Kaminsky seeking damages based on pre-petition conduct, *i.e.*, conduct prior to November 11, 2024, are **DISMISSED WITHOUT PREJUDICE** to Smith proceeding before the United States Bankruptcy Court for the Southern District of Texas as to these claims, if appropriate.

   b. In all other respects, the Motion is **DENIED**, such that the deliberate indifference claims against Defendants based on post-petition conduct remain.

2.     Defendants shall file a responsive pleading as to the remaining claims in accordance with Federal Rule of Civil Procedure 12(a)(4).

BY THE COURT:

/s/ Hon. Kelley B. Hodge

KELLEY BRISBON HODGE, J.